

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2022

No. 04-22-00524-CV

**ROCKSPRINGS VAL VERDE WIND, LLC** ("Rocksprings"),
Appellant

v.

**JACKIE CASANOVA**, RPA, CCA, in her capacity as the Chief Appraiser of the Val Verde
County Appraisal District,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 34133
Honorable Roland Andrade, Judge Presiding

## O R D E R

The Court Reporter's Notification of Late Record is NOTED. The reporter's record is due on December 26, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court